IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 20-34-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| ASPEN RENEE NEWBREAST, | |
| Defendant. | |

Whereas, in the indictment in the above-captioned case, the United States sought forfeiture, pursuant to 21 U.S.C. § 853, of any real or personal property of the defendant used or intended to be used to facilitate, or as proceeds of said violation;

AND WHEREAS, on November 30, 2021, the defendant entered a plea of guilty to count II of the indictment, which charged her with possession with intent to distribute methamphetamine;

1

AND WHEREAS, the defendant agreed not to contest, or assist others in contesting, the forfeiture sought in the charging document to which the defendant plead guilty;

AND WHEREAS, by virtue of said guilty plea, the United States is entitled to possession of said property, pursuant to 21 U.S.C. §§ 841(a)(1) and 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

AND WHEREAS, beginning on December 3, 2021, and ending on January 1, 2022, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the United States' intent to dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1):

- a North American Arms, revolver CAL: 22 SN: removed.

AND WHEREAS, the Court has been advised that no claims have been made in this case regarding the property and the United States is not aware that any such claims have been made;

ACCORDINGLY, IT IS ORDERED as follows:

1. The United States shall seize the forfeited property described above;

2. The right, title, and interest in the property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law; and

3. The Clerk is directed to send copies of this order to all counsel of record and the defendant. The Clerk is further directed to send one certified copy of this order to Lori Hardy at the Federal Bureau of Investigation.

DATED this 29th day of March, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge